**F I L E D**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**

**OCT 5 - 2005**

Civil Action No. 05-cv-01787-PSF-MJW

**GREGORY C. LANGHAM**
**CLERK**

SAMMIE MORRISON,

      Plaintiff,

v.

EQUITY RESIDENTIAL PROPERTIES WOODRIDGE APTS.,

      Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain

a waiver of service from the defendants. If unable to do so, the United States Marshal

shall serve a copy of the complaint, summons, order granting leave to proceed pursuant

to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the

Marshal shall first attempt to obtain a waiver of service of these documents pursuant to

Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: _September 29, 2005_

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 05-cv-01787-PSF-MJW

Sammie Morrison
3075 Stout
Denver, CO 80205

US Marshal Service
Service Clerk
Service forms for: Equity Residential Properties Woodridge Apts.


I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Equity Residential Properties Woodridge Apts.: TITLE VII COMPLAINT FILED ON 09/15/05, SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on 10-5-05

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|

| PLAINTIFF<br>Sammie Morrison | COURT CASE NUMBER<br>05-cv-01787-PSF-MJW |
|---|---|
| DEFENDANT<br>Equity Residential Properties Woodridge Apts | TYPE OF PROCESS<br>S/C |

| SERVE<br>➡<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Equity Residential Properties Woodridge Apts. |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>2 North Riverside Plaza #400, Chicago, IL 60606 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Sammie Morrison<br>3075 Stout,<br>Denver, CO 80205 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Personal Service

| Signature of Attorney or other Originator requesting service on behalf of:<br>Deputy Clerk | X   PLAINTIFF<br>___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | 10/05/05 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br><br>No. | District to Serve<br><br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I____ have personally served, ____ have legal evidence of service, ____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | ____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. | | |
|---|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|