IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 05-cv-10787-PSF-MJW

SAMMIE MORRISON,

    Plaintiff,

v.

EQUITY RESIDENTIAL PROPERTIES WOODRIDGE APTS,

    Defendant.

_____

**ORDER ON PLAINTIFF'S MOTION AND MEMORANDUM FOR LEAVE TO FILE AN AMENDED COMPLAINT**
_____

This matter having come before the Court on the Plaintiff's Motion and Memorandum for an Order Granting Leave to file an Amended Complaint, and the Court being fully advised in the premises, it is

HEREBY ORDERED that Plaintiff's Motion and Memorandum for Leave to File an Amended Complaint (Dkt. # 14) is GRANTED. It is

FURTHER ORDERED that defendant shall have ten days from today's date to respond to the amended complaint.

DATED December 29, 2005.

                BY THE COURT:

                *s/ Phillip S. Figa*
                _____
                Phillip S. Figa
                United States District Judge