IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 05-cv-01787-PSF-MJW

SAMMIE MORRISON

Plaintiff,

vs.

EQUITY RESIDENTIAL PROPERTIES WOODRIDGE APTS

Defendant.

---

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO VANCATE THE SCHEDULING/PLANNING CONFERENCE**
(Document 15)

---

This matter having come before the Court on the Plaintiff's Unopposed Motion to Vacate the Scheduling/Planning Conference and to reschedule the conference at a time convenient to the Parties, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that:

Plaintiff's unopposed motion to vacate the scheduling/planning conference is granted. ✱

Dated this 3rd day of January, 2006

_____
United States Magistrate Judge

✱ The Rule 16 Conference is Reset to January 26, 2006, at 8:30 a.m.