IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01787-PSF-MJW

SAMMIE MORRISON,

Plaintiff(s),

v.

EQUITY RESIDENTIAL PROPERTIES WOODRIDGE APTS,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Defendant's Unopposed Motion to Vacate Scheduling/ Planning Conference, filed with the Court on January 4, 2006, Docket Number 20, is GRANTED.  The scheduling conference set on January 26, 2006, at 8:30 a.m., is VACATED and RESET on February 23, 2006, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures.  An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date:   January 4, 2006